UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| FELICIA MONIQUE LUCAS | ) | CASE: A17-68175-JRS |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

**CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE**

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The plan fails to treat AmeriCredit's second claim in violation of 11 U.S.C. Section 1322(a) and/or 11 U.S.C. Section 502(a).

2.

The plan fails to treat arrearages of NPRTO in violation of 11 U.S.C. Section 1322(a) and/or 11 U.S.C. Section 502(a).

3.

The Debtor has failed to serve the Chapter 13 plan and file a Certificate of Manner of Service pursuant to Bankruptcy Rule 7004 and General Order 21-2017.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 8th day of February, 2018.

Respectfully submitted,

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350

## CERTIFICATE OF SERVICE

Case No:  A17-68175-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Objection To Confirmation And Motion To Dismiss Case by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s)**
FELICIA MONIQUE LUCAS
871 LANGSTON TRACE
STONE MOUNTAIN, GA  30083

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Objection To Confirmation And Motion To Dismiss Case through the Court's Electronic Case Filing system.

**Debtor(s) Attorney:**
THE SEMRAD LAW FIRM, LLC
rjsatlcourtdocs@gmail.com

This the 8th day of February, 2018.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303